AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
OCT -4 2007 3:30
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

### OFFENSE CHARGED

Title 8 USC Section 1326 - Illegal Reentry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**

20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

### DEFENDANT - U.S.

▶ ABEL FLORES-TORRES

DISTRICT COURT NUMBER
**CR 07 0629 MJJ**

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Bryan Whittaker, SAUSA

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges      ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

FILED
07 OCT -4 PH 3:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

ABEL FLORES-TORRES,

**CR 07 0629** MJJ

DEFENDANT.

## INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

A true bill.

_____ Foreman

Filed in open court this _4th_ day of Oct, 2007

_____ Clerk

Bail, $ _No bail warrant_

SCOTT N. SCHOOLS (SC 9990)
United States Attorney



FILED
07 OCT -4 PM 3: 31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ABEL FLORES-TORRES, <br> Defendant. | Criminal No. CR-07 0629 <br><br> VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation <br><br> OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

On or about September 5, 2007, in the Northern District of California, the defendant,

ABEL FLORES-TORRES,

an alien, after having been removed, excluded, and deported from the United States and thereafter knowingly and voluntarily reentering and remaining in the United States, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United

////

FLORES-TORRES INDICTMENT

1  States, in violation of Title 8, United States Code, Section 1326.

2

3  DATED: October 4, 2007    A TRUE BILL.

4

5                                          _____
                                            FOREPERSON
6

7  SCOTT N. SCHOOLS
   United States Attorney
8

9

10  _____
    W. DOUGLAS SPRAGUE
11  Chief, Oakland Branch

12

13  (Approved as to form: _____
                            SAUSA WHITTAKER
14

15

16

17

...

28

FLORES-TORRES INDICTMENT                    2