1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH(CABN 163973)
   Chief, Criminal Division

4  BRYAN R. WHITTAKER (TX 24047097)
   Special Assistant United States Attorney

5
    1301 Clay Street, Suite 340S
6   Oakland, California 94612
    Telephone: (510) 637-3680
7   Facsimile: (510) 637-3724
    E-Mail: bryan.whittaker@usdoj.gov

8

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                        OAKLAND DIVISION
13

14
   UNITED STATES OF AMERICA,          )        No. CR-07-0629 MJJ
15                                     )
            Plaintiff,                 )        [PROPOSED] ORDER EXCLUDING
16                                     )        TIME UNDER THE SPEEDY TRIAL
        v.                             )        ACT, 18 U.S.C. § 3161(h)(8) from October
17                                     )        5, 2007 to October 26, 2007
   ABEL FLORES-TORRES,                 )
18                                     )
            Defendant.                 )
19  _____)

20                              ORDER

21     1.  On October 4, 2007, a federal grand jury returned an indictment against defendant Able

22  Flores-Torres.

23     2.  On October 5, 2007, Mr. Flores-Torres appeared before this Court for arraignment and

24  the defendant waived his right to a detention hearing.  This Court scheduled Mr. Flores-Torres's

25  initial appearance before District Judge Martin J. Jenkins for October 26, 2007 at 2:30 p.m.  The

26  Court also found that time was excluded under the Speedy trial Act from October 5, 2007

27  through October 26, 2007, but requested that the Government prepare a proposed order.

28     3.  At the hearing, the Government indicated that discovery had not yet been provided.

   Based upon defense counsel's need to review discovery the Court finds that the time between

1   October 5, 2007 and October 26, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §§

2   3161(h)(8), as a delay is necessary to give defendant continuity of counsel and to give defense

3   counsel reasonable time for effective preparation, taking into account the exercise of due

4   diligence, and that the furtherance of the ends of justice which this delay effects outweighs the

5   best interest of the public and the defendant in a speedy trial.

6       IT IS SO ORDERED.

7

8   DATED: _____          _____
                                     HONORABLE NANDOR J. VADAS
9                                    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28