1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | BRYAN R. WHITTAKER (TX 24047097)
Special Assistant United States Attorney

5

6 | 1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680

7 | Facsimile: (510) 637-3724
E-Mail: bryan.whittaker@usdoj.gov

8

9 | Attorneys for Plaintiff

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

OAKLAND DIVISION

13

14

| UNITED STATES OF AMERICA, | ) | No. CR-07-0629 MJJ |
|---|---|---|
| Plaintiff, | ) | [P~~ROPOSE~~D] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161(h)(8) from October 5, 2007 to October 26, 2007 |
| v. | ) | |
| ABEL FLORES-TORRES, | ) | |
| Defendant. | ) | |

20 | ORDER

21 | 1. On October 4, 2007, a federal grand jury returned an indictment against defendant Able

22 | Flores-Torres.

23 | 2. On October 5, 2007, Mr. Flores-Torres appeared before this Court for arraignment and

24 | the defendant waived his right to a detention hearing. This Court scheduled Mr. Flores-Torres's

25 | initial appearance before District Judge Martin J. Jenkins for October 26, 2007 at 2:30 p.m. The

26 | Court also found that time was excluded under the Speedy trial Act from October 5, 2007

27 | through October 26, 2007, but requested that the Government prepare a proposed order.

28 | 3. At the hearing, the Government indicated that discovery had not yet been provided.
Based upon defense counsel's need to review discovery the Court finds that the time between

1  October 5, 2007 and October 26, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §§
2  3161(h)(8), as a delay is necessary to give defendant continuity of counsel and to give defense
3  counsel reasonable time for effective preparation, taking into account the exercise of due
4  diligence, and that the furtherance of the ends of justice which this delay effects outweighs the
5  best interest of the public and the defendant in a speedy trial.
6     IT IS SO ORDERED.

8  DATED: 10/10/07        _____
                        HONORABLE NANDOR J. VADAS
9                          United States Magistrate Judge