UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE MARTIN J. JENKINS
Date:  10/26/07

**Clerk:** Frances Stone for Monica Narcisse
**Court Reporter: MARGO GURULE**

**Plaintiff:**  United States

**v.**                                                                         **No.** CR-07-00629-MJJ

**Defendant:**     Abel Flores- Torres [present; in custody; spanish interpreter]

**Appearances for AUSA:** Bryan Whittaker

**Appearances for Defendant:** John Paul Reichmuth

**Interpreter:** <u>Haydee Claus- Spanish</u>

**Probation Officer:**

**Reason for Hearing:**                **Ruling:**
**Status/Trial Setting**                 **- STATUS HELD**

**Notes:**

**Case Continued to:  11/15/07 at 2:00PM       for   Change of Plea (SF- Ctrm #11)**

**Case Continued to:**          **for**
**Case Continued to:**          **for**
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                    **for Pretrial Conference**

**Case Continued to**         **for**           **Trial**

**Excludable Delay: Category: Begins:   10/26/07     Ends:**  11/15/07