**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET- SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

November 14, 2007

Hon. Martin J. Jenkins
United States District Judge for the
Northern District of California
Via ECF and Fax

**Re:  United States v. Abel Flores-Torres, Case No. CR 07-0629 MJJ**

Dear Judge Jenkins:

    I write to inform the court that Mr. Flores-Torres intends to enter into a plea agreement and will do so tomorrow if the court is amenable and final approval for the attached plea agreement is given by the United States Attorney's Office. I attach a proposed plea agreement which is a non-binding draft, but which may very well be approved. I intend to have this agreement translated tomorrow in the Marshals' lockup together with an application to enter plea of guilty. Please do not hesitate to contact me for any reason.

                        Very truly yours,

                        BARRY J. PORTMAN
                        Federal Public Defender


                        /S/
                        JOHN PAUL REICHMUTH
                        Assistant Federal Public Defender

cc:    Brian Whittaker, AUSA