**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date:__**November 15, 2007**__

Reporter:__**Sylvia Russo**__

**Case No:__CR-07-0629 MMJ__**

AUSA: _Bryan Whittaker_____
Spanish Interpreter: _Melinda Basker_

**THE HONORABLE MARTIN J. JENKINS**
Courtroom Clerk: **Barbara Espinoza**

**FILED**

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFT:  _ABEL FLORES-TORRES___**
(X)Present

DEF ATTY:_John Reichmuth_____

**REASON FOR HEARING**_Change of Plea_ _____

**RESULT** __The defendant is placed under oath, enters a plea of guilty to the indictment. The

Court finds there are factual basis for entry of plea and factual findings of guilty.   The Court finds

the defendant guilty as to the lone count of the indictment._____

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to
be waived.

**Case Continued to**_February 15, 2008 @ 2:30 p.m in Oakland_ **for**_Judgment and Sentencing___

**JUDGMENT**_____

_____

Notes:_defendant remanded to custody_ _____

_____