BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Tel. 510-637-3500

Counsel for Defendant FLORES-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. CR-07-0629-MJJ |
| Plaintiff, | ) |
| | ) DEFENDANT'S SENTENCING |
| v. | ) MEMORANDUM |
| | ) |
| | ) |
| ABEL FLORES-TORRES, | ) |
| | ) |
| Defendant. | ) |

Mr. Flores-Torres stands before the court having been convicted pursuant to a plea agreement of a violation of 8 U.S.C. § 1326, Illegal Reentry Following Deportation. The Probation Officer has calculated an adjusted Offense Level of 6 and a Criminal History Category of VI, with a resulting range of 12-18 months prison. The Officer recommends the low-end of the range. It should be noted that Mr. Flores-Torres, while he mathematically belongs in Criminal History Category VI, has a much less severe history than most who inhabit that Category, or even Category V. Mr. Flores-Torres appears to be an addict with a history of petty thefts. Most of his criminal history points were accumulated through the theft of a package of prawns, 2 bottles of tequila, a razor and cream, a pair

1  of sandals, and assorted clothes.

2      The defense does not object to the Probation Officer's calculations.  It is respectfully requested, however, that Mr. Flores-Torres be sentenced to one year *and one day* prison, instead of the recommended 12 months, so that Mr. Flores-Torres will be able to earn good time credits.  The prosecution has advised the undersigned that it does not object to that request.

Dated: Feb 12, 2008　　　　　　　　　　　　Respectfully submitted,

                                                       BARRY J. PORTMAN
                                                     Federal Public Defender

                                                     /S/
                                                     JOHN PAUL REICHMUTH
                                                     Assistant Federal Public Defender