UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**



FILED
FEB 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**THE HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Narcisse**

Date: **February 15, 2008  [4:15 - 4:22 pm]**          Court Reporter: **Diane Skillman**

Case No:    **CR07-00629-1 MJJ**

DEFENDANT:    **ABEL FLORES-TORRES**  (x) Present   () Not Present   (x) In Custody

AUSA:    **Bryan Whittaker**          DEF ATTY:   **John Reichmuth**

Interpreter:          Probation Officer:   **Jessica Goldsberry**

TYPE FOR HEARING:    **Sentencing**


ORDER AFTER HEARING(S):
•

PRETRIAL CONFERENCE:
TRIAL SET for:

CASE CONTINUED TO:          for

BASIS TO EXCLUDE TIME GRANTED FOR:          Thru

JUDGMENT:    Court finds Offense Level 6, Criminal History VI, leading to a Guideline Range of 12-18 months. The Court follows the PSR and sentences the defendant on count 1 of the indictment to **12 months and 1 day custody of the BOP to be followed by 3 years supervised release** under the usual terms and conditions and the special conditions as set forth in the PSR. No fine imposed. Defendant to pay $100 special assessment which shall be paid immediately or at the rate of not less than $25 per quarter through the BOP Inmate Financial Responsibility Program while in custody. Defendant advised of his right to appeal. Defendant remanded to the custody of the U.S. Marshal. See J&C for details.

Notes: